**UNITED STATES of America, Appellee,**

v.

**Byron PARGO, Appellant.**

**No. 04–3006.**

United States Court of Appeals, Eighth Circuit.

Submitted: June 30, 2005.

Decided: July 13, 2005.

David M. Rosen, Asst. U. S. Attorney, U.S. Attorney's Office, St. Louis, MO, for Plaintiff-Appellee.

Craig A. Sullivan, St. Louis, MO, for Defendant-Appellant.

Before BYE, RILEY, and COLLOTON, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Byron Pargo appeals the sentence imposed by the district court[1] after he pleaded guilty to falsely representing a Social Security number to be the number assigned to him, in violation of 42 U.S.C. § 408(a)(7)(B). His counsel has moved to withdraw and filed a brief under *Anders v.* *California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Pargo has filed a pro se supplemental brief.

We conclude that the arguments raised on appeal are without merit. First, the offense-level calculations for purposes of the United States Sentencing Guidelines were in accordance with the plea agreement. Second, the decision to include a term of community confinement rather than home detention as a condition of probation was within the district court's discretion. *See* U.S.S.G. § 5B1.1(a)(2). Third, the possibility that Pargo would have to pay some of the costs of his confinement was stated in both the plea agreement and the unobjected-to presentence report, although we note that the district court found he was unable to pay a fine or restitution. To the extent Pargo asserts that his attorney misadvised him, any related claim of ineffective assistance of counsel should be raised in a motion under 28 U.S.C. § 2255, where an appropriate record may be developed. *See* *United States v. Hughes*, 330 F.3d 1068, 1069 (8th Cir.2003).

Having reviewed the record independently pursuant to *Penson v. Ohio*, 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), including consideration of the impact of *United States v. Booker*, —— U.S. ——, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), and *United States v. Pirani*, 406 F.3d 543 (8th Cir.2005) (en banc), we find no nonfrivolous issues for appeal. Accordingly, we affirm, and we grant counsel's motion to withdraw.

---

1. The Honorable Donald J. Stohr, United States District Judge for the Eastern District of Missouri.